epartment. January 17, 1906.) In the matter of the application of city of Rochester to quire lands of Lillian C. Davis. No opinion. rder affirmed, with $10 costs and disbursements.

CLANCY, Respondent, v. YONKERS R. CO., ppellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) ction by Maria Clancy against the Yonkers ailroad Company. No opinion. Judgment of e City Court of Yonkers modified, by deducting the amount of the extra allowance, and, s so modified, judgment and order unanimously affirmed, without costs. See 84 N. Y. Supp. 39.

CLARK, Respondent, v. LYNCH et al., Appellants. (Supreme Court, Appellate Division, ourth Department. March 28, 1906.) Action y Frederick J. Clark against Michael Lynch nd another. No opinion. Judgment affirmed, ith costs.

CLEARY, Respondent, v. WATERBURY CO., ppellant. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) ction by Edward F. Cleary against the Waterbury Company. No opinion. Judgment of he Municipal Court unanimously affirmed, ith costs.

COE, Respondent, v. GENEVA POWER & LIGHT CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 8, 1906.) Action by Frederick R. Coe, an infant, etc., against the Geneva Power & Light Company, impleaded with another.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant o plead over upon payment of the costs of the demurrer and of this appeal.

NASH, J., not voting.

COLES v. INTERURBAN ST. R. CO. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Action by Maria G. Coles against the Interurban Street Railroad Company. No opinion. Motion denied, with $10 costs. Order signed.

CONLEN, Appellant, v. RIZER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by John H. Conlen against Rosanna Rizer and others. F. S. McGrath, for appellant. S. Levy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CONNELL, Respondent, v. HAYES, Fire Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by James W. Connell against Nicholas J. Hayes, as fire commissioner, etc. No opinion. Judgment affirmed, with costs.

In re CONNER'S WILL. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) In the matter of the probate of the last will and testament of James Stanley Conner, deceased. No opinion. The surrogate is directed to allow the costs.

CONROY v. ACKEN et al. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Bridget Conroy, as administratrix, etc., of Michael Conroy, deceased, against Samuel I. Acken and others. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the question in whose service the respondent's engineer was engaged at the time of the accident should have been submitted on the proof to the jury.

CROWELL, Respondent, v. ORANGE COUNTY TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action by John F. Crowell against the Orange County Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

CULLIN, Appellant, v. ALVORD, Sheriff, Respondent, et al. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by John K. Cullin against William J. Alvord, as sheriff, etc., impleaded with another. No opinion. Judgment unanimously affirmed, with costs.

CUTTER, Respondent, v. GUDEBROD BROS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1906.) Action by John D. Cutter against the Gudebrod Bros. Company.

PER CURIAM. Judgment entered on the report of the referee affirmed, with costs. Appeal from judgment of April 8, 1899, dismissed.

MILLER, J., votes to modify the judgment entered on the report of the referee by deducting the allowance for interest on the plaintiff's claim, and also the 11.77 per cent. of the selling price for the expense of sale.

DARRIN, Appellant, v. FEDERAL UNION SURETY CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Ira G. Darrin against the Federal Union Surety Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

DEEGAN, Appellant, v. SYRACUSE LIGHTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. Janu-